UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                CASE NO.  6:05-cv-916-Orl-31KRS

FUNDS DESCRIBED IN "ATTACHMENT
A" TO THE COMPLAINT FOR
FORFEITURE IN REM,

    Defendants.

## ORDER

Effective April 29, 2004, the United States District Court for the Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, in compliance with the E-Government Act of 2002, require parties to redact financial account numbers from records filed with the court.  This rule was created in anticipation of Electronic Case Filing in this district, which resulted in Internet access to documents filed with the court, and was intended to impede attempts at identity fraud.

The case caption and pleadings submitted in a civil asset forfeiture action typically contain references to personal identifiers, including financial account numbers, prohibited from disclosure in the Administrative Procedures for Electronic Filing in Civil and Criminal Cases.  Pursuant to Supplemental Rule C(4) for Certain Admiralty and Maritime Claims of the Federal Rule of Civil Procedure and Local Rule 7.01(g), the United States is obligated to publish notice of a complaint for forfeiture in rem in a newspaper of general circulation in Orange County, Florida and the county in which the defendant property was located at the time or arrest.  To constitute meaningful notice,

and satisfy the Due Process Clause, such publication notice must include the complete financial account number. Thus, exempting this case from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases does not increase the risk that the personal identifiers will be misused through Internet access.

For the foregoing reasons, pleadings in this case shall be exempt from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, may be filed in an unredacted form, and shall be added to the public docket and made available in electronic or paper format to anyone who personally appears at the Clerk's Office.

So ORDERED.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2005